UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:09-20297-CIV-MARTINEZ-WHITE**

NELSON A. RUSSE,
    Plaintiff,

vs.

LOSA-ID. 04159; MERCED-ID. 04725; BOPPEGO- ID. 00504; SEIGLIE-ID. 06370; MOLONEY-ID. 04935; PRIETO-ID. 07062,
    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE WHITE'S PRELIMINARY REPORT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  The Magistrate Judge filed a preliminary report (D.E. No. 6), recommending that the claims of excessive force and failure to intervene under the Fourth Amendment proceed against all defendants in their individual capacities. The Court has reviewed the entire file and record and notes that no objections have been filed.  Therefore, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's preliminary Report **(D.E. No. 6)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1.  The claims of excessive force and failure to intervene under the Fourth Amendment shall proceed against all defendants in their individual capacities.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of March, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record